1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   THE MITCHELL LAW GROUP,                    No. C-09-3466 MMC

12              Plaintiff,                       **ORDER DIRECTING PLAINTIFF TO**
                                                 **SUBMIT CHAMBERS COPY IN**
13        v.                                     **COMPLIANCE WITH GENERAL**
                                                 **ORDER 45 AND THE COURT'S**
14   OCC VENTURE, LLC, et al.,                   **STANDING ORDERS**

15              Defendants

16   _____/

17        On September 11, 2009, plaintiff electronically filed its First Amended Complaint.

18   Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing

19   to deliver to the Clerk's Office "no later than noon on the business day following the day

20   that the papers are filed electronically, one paper copy of each document that is filed

21   electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

22   case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also

23   Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

24        Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

25   Standing Orders by immediately submitting a chambers copy of the above-referenced

26   document.  Plaintiff is hereby advised that if it fails in the future to comply with General

27   Order 45 and the Court's Standing Order to provide a chambers copy of each

28   electronically-filed document, the Court may impose sanctions, including, but not limited to,

United States District Court

For the Northern District of California

1  striking from the record any electronically-filed document of which a chambers copy has not

2  been timely provided to the Court.

3      **IT IS SO ORDERED.**

4

5  Dated:  September 30, 2009

   MAXINE M. CHESNEY
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28