IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MITCHELL LAW GROUP,<br><br>        Plaintiff,<br><br>   v.<br><br>OCC VENTURE LLC,<br><br>        Defendant<br>_____ / | No. C-09-3466 MMC<br><br>**ORDER DIRECTING DEFENDANT/ COUNTERCLAIMANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

   On November 20, 2009, defendant/counterclaimant OCC Venture LLC ("OCC Venture") electronically filed its opposition to plaintiff's motion to strike, and a declaration in support thereof. OCC Venture has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

   OCC Venture is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. OCC Venture is hereby advised that if it fails in the future to comply with

1  General Order 45 and the Court's Standing Order to provide a chambers copy of each
2  electronically-filed document, the Court may impose sanctions, including, but not limited to,
3  striking from the record any electronically-filed document of which a chambers copy has not
4  been timely provided to the Court.
5      **IT IS SO ORDERED.**
6
7  Dated: December 3, 2009

                                        MAXINE M. CHESNEY
8                                          United States District Judge