**S. R. Mitchell (SBN 172664)**
**The Making a New Reality, Inc**
**1300 Clay Street Suite 600**
**Oakland, CA 94612**
**510.836.2097 (ph)**
**510.380.6431 (fax)**
**raye@ichope2.com**

**Attorney for Plaintiff and Counterclaim Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE MITCHELL LAW GROUP, a California Professional Corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**OCC VENTURE LLC, a Delaware limited liability company, Shorenstein Reality Services, a California Corporation, and Bell Rosenberg and Hughes, LLP, a California limited liability partnership; Does 1-10.**<br><br>Defendants. | Civil Case No.: C09-03466 MMC ADR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF THE MITCHELL LAW GROUP'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; DIRECTIONS TO PLAINTIFF<br><br>~~Date:   April 2, 2010~~<br>~~Time:   9:00 a.m~~.<br>Dept.:  Courtroom 7<br><br>Honorable Maxine M. Chesney |
| **OCC VENTURE LLC, a Delaware limited liability company,**<br><br>Counterclaimant.<br><br>vs.<br><br>THE MITCHELL LAW GROUP,  a California professional corporation; and Roes 1-10.<br><br>Counterdefendants. | |

Haven considered Plaintiff The Mitchell Law Group, APC's  Motion for Leave to File Second Amended Complaint, and having found good cause, and no opposition having been filed,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint  is GRANTED.

IT IS FURTHER ORDERED that ~~the Proposed Second Amended Complaint attached to Plaintiff's motion is DEEMED FILED.~~  Plaintiff shall file the Second Amended Complaint no later than April 2, 2010.

The April 2, 2010 hearing is VACATED.

Date:  March 23, 2010

Judge Maxine M. Chesney