IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE MITCHELL LAW GROUP, et al.,

    Plaintiffs,

    v.

OCC VENTURE LLC, et al.,

    Defendants.
_____/

No. C 09-3466 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTIONS TO COMPEL**

    Pursuant to Civil Local Rule 72-1, defendants OCC Venture LLC and Shorenstein Realty Services, L.P.'s "Motion to Compel the Depositions of (1) Sandra Raye Mitchell, (2) the Person Most Qualified for Plaintiff The Mitchell Law Group, and (3) the Person Most Qualified for Plaintiff The Mitchell Law Corporation," filed May 21, 2010, defendant Bell, Rosenberg & Hughes LLP's "Motion to Compel The Mitchell Law Group's Written Discovery Responses and for Order Confirming that The Mitchell Law Group's Objections to Written Discovery Have Been Waived," filed May 21, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The June 25, 2010 hearing before the undersigned is hereby VACATED.

    **IT IS SO ORDERED**.

Dated: May 24, 2010

MAXINE M. CHESNEY
United States District Judge