IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MITCHELL LAW GROUP, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>OCC VENTURE LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C-9-3466 MMC<br><br>**ORDER VACATING JUNE 11, 2010 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendants OCC Venture LLC and Shorenstein Realty Services, L.P.'s motion for summary judgment, filed May 7, 2010,[1] and noticed for hearing on June 11, 2010. Pursuant to the Civil Local Rules of this District, opposition was due no later than May 21, 2010. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and VACATES the June 4, 2010 hearing on the motions to dismiss.

**IT IS SO ORDERED.**

Dated: May 26, 2010

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Defendants filed one portion of their memorandum of points and authorities on May 6, 2010, and the remaining portion on May 7, 2010. Thereafter, at the direction of the Clerk, defendants, on May 11, 2010, refiled their memorandum as one complete document.