UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8                     UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                          Oakland Division

11   THE MITCHELL LAW GROUP,                    No. C 09-03466 MMC (LB)

12              Plaintiff,
         v.                                     **NOTICE OF REFERRAL AND
13                                               ORDER RE DISCOVERY
     OCC VENTURE LLC, *et al*.,                  PROCEDURES**
14
              Defendants.
15   _____/

16       TO ALL PARTIES AND COUNSEL OF RECORD:

17       The district court has referred Defendants OCC Venture, LLC and Shorenstein Realty

18   Services, L.P.'s Motion to Compel Depositions, electronically filed on May 21, 2010, which is a

19   discovery matter, to Magistrate Judge Laurel Beeler.  (Dkt. #75.)  Defendant Bell, Rosenberg &

20   Hughes LLP has joined in the motion.  Any noticed hearing date on any discovery matter is no

21   longer in effect.

22       The Court **DENIES** the pending discovery motion without prejudice for failure of counsel to

23   adequately meet and confer.  The parties are directed to comply with all applicable requirements in

24   Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery

25   disputes.  Those discovery procedures require, among other things, that the parties meet and confer

26   **in person**.

27       IT IS FURTHER ORDERED that, if after attempting other means of conferring such as

28   letters, phone calls, or emails, the parties are unable to resolve this dispute, lead trial counsel for

C 09-03466
NOTICE OF REFERRAL AND ORDER

1  both parties shall meet and confer **in person** at a mutually agreed-upon time and location no later

2  than June 11, 2010.  Counsel for all parties shall bring their calendars to the meet and confer session

3  and be prepared to discuss mutually-convenient dates for setting the depositions.  In the event that

4  counsel are unable to resolve the matters at issue in the motion, they shall provide the joint detailed

5  letter required by the standing order within five calendar days of their meeting.  After reviewing the

6  joint letter, the Court will evaluate whether further proceedings are necessary, including any further

7  briefing or argument.

8  **IT IS SO ORDERED.**

9  Dated: June 2, 2010                                    _____

                                                        LAUREL BEELER

10                                                      United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**