**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THE MITCHELL LAW GROUP,<br><br>        Plaintiff,<br>  v.<br><br>OCC VENTURE LLC, *et al*.,<br><br>        Defendants.<br>_____/ | No. C 09-03466 MMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Defendant Bell, Rosenberg & Hughs LLP's Motion to Compel The Mitchell Law Group's Written Discovery Responses, electronically filed on May 21, 2010, which is a discovery matter, to Magistrate Judge Laurel Beeler. (Dkt. #80.) Any noticed hearing date on any discovery matter is no longer in effect.

The Court **DENIES** the pending discovery motion without prejudice for failure of counsel to adequately meet and confer. The parties are directed to comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes. Those discovery procedures require, among other things, that the parties meet and confer **in person**.

IT IS FURTHER ORDERED that, if after attempting other means of conferring such as letters, phone calls, or emails, the parties are unable to resolve this dispute, lead trial counsel for both parties shall meet and confer **in person** at a mutually agreed-upon time and location no later

C 09-03466
NOTICE OF REFERRAL AND ORDER

than June 11, 2010. In the event that counsel are unable to resolve the matters at issue in the motion, they shall provide the joint detailed letter required by the standing order within five calendar days of their meeting. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge