S. R. Mitchell (SBN 172664)
The Making a New Reality, Inc.
1300 Clay Street, Suite 600
Oakland, CA 94612
510.836.0102 (ph)
510.380.6531 (fax)
raye@ichope2.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MITCHELL LAW GROUP, a California Professional Corporation; THE MITCHELL LAW CORPORATION, a California Professional Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>OCC VENTURE LLC, a Delaware limited liability company; Shorenstein Realty Services, a California Corporation, and Bell Rosenberg and Hughes, LLP, a California limited liability partnership; Does 1-10.<br><br>Defendants. | Civil Case No.: C09-3466 MMC ADR<br><br>*EX PARTE* APPLICATION AND STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE<br><br>AND ORDER THEREON<br><br>Trial Date: January 10, 2011 |

STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE.

**WHERE AS** the parties to this Second Amended Complaint, **PLAINTIFFS** The Mitchell Law Group, a California professional corporation, The Mitchell Law Corporation, a California

professional corporation, and **DEFENDANTS** OCC Venture LLP, Shorenstein Realty Services, L.P., Bell Rosenberg & Hughes LLP have reached a full and complete settlement of their dispute and have reduced their settlement and release to a written Global Settlement Agreement and Mutual General Release (hereinafter "The Settlement and Release Agreement").

**WHERE AS** the parties to the Counterclaim, **COUNTERCLAIMANT** OCC Venture LLC and **COUNTERDEFENDANT** The Mitchell Law Group, a California professional corporation have reached a full and complete settlement of their dispute and have reduced their settlement and release to the written Settlement and Release Agreement.

**WHERE AS,** pursuant to the terms of The Settlement and Release Agreement, **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO AGREED:**

Dated: July 6, 2010        By: /s/ S. Raye Mitchell
                                S. Raye Mitchell
                                The Making a New Reality, Inc.
                                1300 Clay Street, Suite 600
                                Oakland, CA 94612
                                (510) 836-0102, Fax (510) 380-6531
                                Raye@ichope2.com

                                Attorney for Plaintiffs
                                THE MITCHELL LAW GROUP, a California
                                professional corporation, and THE MITCHELL
                                LAW CORPORATION, a California professional
                                corporation

Dated: July 6, 2010        By: /s/ John H. Banister
                                John H. Banister
                                Bell Rosenberg & Hughes LLP
                                1300 Clay Street, Suite 1000
                                Oakland, CA  94612-0220
                                (510) 832-8585, Fax (510) 839-6925
                                jbanister@brhlaw.com

                                Attorneys for Defendant
                                BELL ROSENBERG & HUGHES LLP

---

*EX PARTE* **APPLICATION AND STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE**
U.S.D.C. Case No. Civ. C09-3466 MMC ADR

1

Dated: July 6, 2010

By: /s/ Charles H. Horn
Charles H. Horn
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Charles.Horn@leclairryan.com

Attorneys for Defendants
OCC VENTURE LLC and SHORENSTEIN REALTY SERVICES, L.P.

Dated: July 6, 2010

By: /s/ Paul F. Utrecht
Paul F. Utrecht
Zacks & Utrecht, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100, Fax (415) 288-9755
paul@zulpc.com

Attorneys for Counterclaimant
OCC VENTURE LLC

**IT IS SO ORDERED:**

Dated: July 7, 2010

/s/ Vaughn R Walker for
Honorable Judge Maxine Chesney

---

***EX PARTE* APPLICATION AND STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE**
U.S.D.C. Case No. Civ. C09-3466 MMC ADR

2